# United States Court of Appeals for the Fifth Circuit

No. 22-11132

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

UNPUBLISHED ORDER

Before Clement, Graves, and Higginson, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellant's motion for expansion of stay pending appeal until the order vacating the receivership becomes effective 90 days after issuance of this Court's mandate is DENIED.

IT IS FURTHER ORDERED that Appellant's motion to enforce stay is DENIED.