# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 28, 2023

Lyle W. Cayce
Clerk

No. 22-11132

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

Before Clement, Graves, and Higginson, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the order appointing the receiver effective 90 days after the issuance of this court's mandate is VACATED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

**Certified as a true copy and issued as the mandate on Aug 31, 2023**

**Attest:**

**Clerk, U.S. Court of Appeals, Fifth Circuit**