**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| *Plaintiff,* | § | |
| **v.** | § | **No. 3:22-CV-2118-X** |
| **TIMOTHY LYNCH BARTON<br>CARNEGIE DEVELOPMENT, LLC<br>WALL007, LLC<br>WALL009, LLC<br>WALL010, LLC<br>WALL011, LLC<br>WALL012, LLC<br>WALL016, LLC<br>WALL017, LLC<br>WALL018, LLC<br>WALL019, LLC<br>HAOQIANG FU (a/k/a MICHAEL FU)<br>STEPHEN T. WALL** | § | |
| *Defendants,* | § | |
| **DJD LAND PARTNERS, LLC<br>LDG001, LLC** | § | |
| *Relief Defendants.* | § | |

**DEFENDANT'S NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant Timothy Lynch Barton, by counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order entered on October 18, 2022 (ECF No. 29), which granted Plaintiff's Expedited Motion for Appointment of Receiver, the Court's Order entered on October 20, 2022 (ECF No. 33), which denied Defendant Barton's Emergency Motion to Amend/Correct, and the Court's Orders entered on November 16, 2022 (ECF Nos. 62 and 63), which granted the Receiver's Motion to Supplement Order Appointing Receiver and the Receiver's Motion for Order Governing Administration of Receivership Estate, respectively.

Dated: November 14, 2022

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 *(Admitted to NDTX)*
medney@huntonak.com
Sean B. O'Connell
State Bar No. 24103142 *(application for admission forthcoming)*
soconnell@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 (*admitted pro hac vice)*
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

Richard Roper
State Bar No. 17233700
richard.roper@hklaw.com
Javan Porter
State Bar No. 24116912
javan.porter@hklaw.com
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1345
Facsimile: (214) 999-9252

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF SERVICE

On November 17, 2022 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or *pro se* parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney