# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 29, 2022

Mr. Ezekiel Levenson Hill
U.S. Securities & Exchange Commission
Office of General Counsel
100 F Street, N.E.
Washington, DC 20549

No. 22-11132 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Counsel:

The court has requested a Response or Opposition to the Appellant's Motion for Stay Pending Appeal and to Stay Order be filed in this office on or before NOON CST, Thursday, January 5, 2023.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Whitney M. Jett, Deputy Clerk
504-310-7772

cc:
- Mr. Keefe Michael Bernstein
- Mr. Michael Christopher Dingman
- Mr. Michael J. Edney
- Mr. Edwin A. Huffman
- Mr. David B. Reece
- Mr. Richard Bratton Roper III